DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Pendergraph<br><br>Case below:<br>177 N.C. App. 150 | No. 207P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-799) | 1. —— |
| | | 2. AG's Motion to Dismiss Appeal | 2. Allowed (06/29/06) |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied (06/29/06) |
| State v. Pinch<br><br>Case below:<br>Guilford County Superior Court | No. 043A81-3 | AG's Petition for Writ of Certiorari to Review the Guilford County Superior Court | Denied (06/29/06)<br><br>**Edmunds, J., Recused** |
| State v. Pugh<br><br>Case below:<br>177 N.C. App. 150 | No. 257P06 | 1. Defendant's NOA (COA05-354) | 1. —— |
| | | 2. AG's Motion to Dismiss Appeal | 2. Denied (06/29/06) |
| | | 3. Defendant's PDR Under N.C.G.S. § 7A-31 | 3. Allowed (06/29/06) |
| State v. Reese<br><br>Case below:<br>177 N.C. App. 288 | No. 282P06 | 1. Def's NOA Based Upon A Constitutional Question (COA05-558) | 1. —— |
| | | 2. AG's Motion to Dismiss Appeal | 2. Allowed (06/29/06) |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied (06/29/06) |
| State v. Ridley<br><br>Case below:<br>177 N.C. App. 463 | No. 272P06 | AG's Motion for Temporary Stay (COA03-1543) | Allowed 05/18/06 |
| State v. Royster<br><br>Case below:<br>173 N.C. App. 643 | No. 230P06 | Def's PWC to Review Decision of COA (COA04-70) | Denied without Prejudice to File in Trial Court (06/29/06) |
| State v. Scanlon<br><br>Case below:<br>176 N.C. App. 410 | No. 195P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-119) | 1. —— |
| | | 2. AG's Motion to Dismiss Appeal | 2. Allowed (06/29/06) |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied (06/29/06) |
| State v. Shue<br><br>Case below:<br>175 N.C. App. 796 | No. 103P04-3 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-244) | Denied (06/29/06) |